E. W. MULLINS, John K. Sloan and
Richard L. Oliver, etc., Petitioners
and Appellees,

v.

Daniel D. SULLIVAN and Jo Ann
Sullivan, Appellants.

No. 22348.

United States Court of Appeals
Ninth Circuit.

July 7, 1969.

———◆———

Norman P. Courtney (argued), of
Courtney & Courtney, Corona, Cal., for
appellants.

Bruce Bailey (argued), and George H.
Ellis, of Forster, Gemmill & Farmer, Los
Angeles, Cal., for appellees.

Before CHAMBERS, JERTBERG
and DUNIWAY, Circuit Judges.

PER CURIAM:

Appellants leased a laundromat from
appellees and fell behind in the rent.
They left the laundromat in unclear cir-
cumstances. Several months later, ap-
pellees filed a petition to have appellants
declared bankrupt. The referee found
that appellants had abandoned the prem-
ises. He applied the measure of dam-

ages provided by Cal.Civil Code § 3308
and found an indebtedness to appellees
of $7908.83 plus costs and attorney's
fees of $1111.60.

We are not in a position to overturn
the finding of abandonment. This being
so, most of the California cases cited by
the parties on the California law of
landlord and tenant are inapposite.

It is clear that there was enough in-
debtedness to satisfy the requirement of
11 U.S.C. § 95, which was all that was
necessary as an amount to adjudicate
involuntarily this business bankruptcy.

Somebody may have wrongfully crip-
pled appellants by changing the locks on
the washing machines. But the referee
found that the landlords didn't do it. So
this issue is unimportant here.

The adjudication of bankruptcy is af-
firmed.